**David D. THOMAS, Movant–Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 41782.**

Missouri Court of Appeals,
Western District.

Sept. 12, 1989.

John A. Klosterman, Columbia, for movant-appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before GAITAN, P.J., and
MANFORD and ULRICH, JJ.

### ORDER

PER CURIAM:

Appeal from the denial of a Rule 29.15 motion for post-conviction relief without an evidentiary hearing.

Affirmed. Rule 84.16(b).